**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

**FILED**

FEB 05 2015

MOLLY C. DWYER, CLERK
U.S. COURT OF APPEALS

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 13-10577 |
| Plaintiff - Appellee, | D.C. No. 2:13-cr-01105-SRB-1 |
| v. | |
| ANGEL OCAMPO-SOTO, a.k.a. Jose Paredes-Morales, a.k.a. Jose Peredez-Morales, | MEMORANDUM* |
| Defendant - Appellant. | |

Appeal from the United States District Court
for the District of Arizona
Susan R. Bolton, District Judge, Presiding

Submitted September 30, 2014**

Before:    HUG, FARRIS, and CANBY, Circuit Judges.

Angel Ocampo-Soto appeals from the district court's judgment and

challenges his guilty-plea conviction and 63-month sentence for reentry after

deportation, in violation of 8 U.S.C. § 1326.  Pursuant to *Anders v. California*, 386

---

\*       This disposition is not appropriate for publication and is not precedent
except as provided by 9th Cir. R. 36-3.

\*\*       The panel unanimously concludes this case is suitable for decision
without oral argument.  *See* Fed. R. App. P. 34(a)(2).

U.S. 738 (1967), Ocampo-Soto's counsel has filed a brief stating that there are no grounds for relief, along with a motion to withdraw as counsel of record. We have provided Ocampo-Soto the opportunity to file a pro se supplemental brief. No pro se supplemental brief or answering brief has been filed.

Ocampo-Soto has waived his right to appeal his conviction and 63-month sentence. Because the record discloses no arguable issue as to the validity of the appeal waiver, we dismiss the appeal. *See United States v. Watson*, 582 F.3d 974, 986-88 (9th Cir. 2009).

Counsel's motion to withdraw is **GRANTED.**

**DISMISSED.**